## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| WHITTARD OF CHELSEA, INC. | Case No. 09-10007-CSS |
| Debtor. | |

## ORDER GRANTING TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF ALL OR SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES

AND NOW, this 20th day of February, 2009, upon consideration of the Motion of Chapter 7 Trustee for an Order Approving Sale of All or Substantially All Assets, Free and Clear of Liens, Claims and Encumbrances (the "Motion")[1], and all responses thereto, cause being shown; it is hereby ORDERED:

1.    The Motion is GRANTED.

2.    The APA is approved.

3.    The Trustee is authorized to sell the Assets to Annie's as provided in the Motion.

4.    The sale of the Assets shall be free and clear of any liens, claims, interests and encumbrances.

5.    Any liens, claims, interests and encumbrances shall attached to the proceeds of the sale to the same extent and with the priority as provided under applicable non-bankruptcy law.

6.    The sale of the Assets shall be on an "AS IS / WHERE IS" basis, without any warranty, either express or implied by the Trustee.

---

[1]    All capitalized terms not otherwise defined herein shall have the respective meanings ascribed thereto in the Motion.

Docket No: 18
Date Filed: 2/20/09

7.      Annie's is entitled to the protection of 11 U.S.C. § 363(m).

8.      This Order shall be effective immediately upon its entry.  The 10-day period of

Fed. R. Bankr. P. 6004(g) is hereby waived.

Dated: _____3/13_____, 2009

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE